United States Bankruptcy Court
District of Arizona

In re:  
JERRY CALLENDER  
    Debtor

Case No. 22-06676-BMW  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-4      User: admin      Page 1 of 3  
Date Rcvd: Oct 05, 2022      Form ID: 309A      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JERRY CALLENDER, 3319 W. ALEXANDERWOOD DR., TUCSON, AZ 85746-1084 |
| 16817613 | #+ | ALAN SOLOT, 2701 E. SPEEDWAY, STE 203, Tucson AZ 85716-3861 |
| 16817618 | | CARONDELET HEALTH - ST JOSEPHS, PO BOX 741081, Los Angeles CA 90074-1081 |
| 16817619 | + | CARONDELET ST JOSEPH'S HOSPITAL, 350 N WILMOT RD, Tucson AZ 85711-2678 |
| 16817622 | + | Comenityl/Prcpgd, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 16817626 | + | GENTLE DENTAL, PO BOX 872710, Vancouver WA 98687-2710 |
| 16817633 | + | PIMA COUNTY TREASURER, 240 N STONE AVE, Tucson AZ 85701-1200 |
| 16817634 | + | RAME FAMILY, LLC, 2459 N. ALVERNON WAY, Tucson AZ 85712-2556 |
| 16817635 | + | REVERSE MORTGAGE FUNDING (RMF), P O BOX 40724, Lansing MI 48901-7924 |
| 16817636 | + | SPECIALISTS IN DERMATOLOGY, 2732 N ALVERNON WAY, Tucson AZ 85712-1804 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mortensenlawcourt@gmail.com | Oct 05 2022 22:30:00 | WAYNE MORTENSEN, MORTENSEN LAW OFFICES, PLLC, 1901 E UNIVERSITY DR, STE. 360, Mesa, AZ 85203 |
| tr | + | EDI: QSJKARTCHNER.COM | Oct 06 2022 02:33:00 | STANLEY J KARTCHNER, 7090 N ORACLE RD #178-204, TUCSON, AZ 85704-4333 |
| smg | | EDI: AZDEPREV.COM | Oct 06 2022 02:33:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16817615 | + | EDI: AZDEPREV.COM | Oct 06 2022 02:33:00 | AZDOR, Attn: Bankruptcy Litigation Section, 1600 W Monroe St., Phoenix AZ 85007-2612 |
| 16817614 | + | Email/PDF: bncnotices@becket-lee.com | Oct 05 2022 22:40:11 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso TX 79998-1540 |
| 16817620 | | Email/Text: bmg.bankruptcy@centurylink.com | Oct 05 2022 22:30:00 | CENTURY LINK, PO BOX 29040, Phoenix AZ 85038-9040 |
| 16817623 | + | Email/Text: constar.administration@constarfinancial.com | Oct 05 2022 22:30:00 | CONSTAR FINANCIAL SERVICES, 10400 N. 25TH AVE., #100, Phoenix AZ 85021-1610 |
| 16817625 | ^ | MEBN | Oct 05 2022 22:26:50 | COX COMMUNICATIONS, 6205-B Peachtree Dunwoody Road NE, Atlanta GA 30328-4524 |
| 16817616 | + | EDI: CAPITALONE.COM | Oct 06 2022 02:33:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City UT 84130-0285 |
| 16817617 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 05 2022 22:30:00 | Capital One/Kohls, Attn: Credit Administrator, Po Box 3043, Milwaukee WI 53201-3043 |
| 16817621 | + | EDI: CITICORP.COM | Oct 06 2022 02:33:00 | Citibank/The Home Depot, Citicorp Credit |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 16817624 | + | EDI: CONVERGENT.COM | Oct 06 2022 02:33:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton WA 98057-4927 |
| 16817627 | | Email/Text: bknotice@healthcareinc.com | Oct 05 2022 22:31:00 | HCI, PO BOX 82910, Phoenix AZ 85071-2910 |
| 16817628 | + | EDI: IRS.COM | Oct 06 2022 02:33:00 | IRS, PO BOX 7346, Philadelphia PA 19101-7346 |
| 16817629 | + | Email/Text: bknotices@mbandw.com | Oct 05 2022 22:31:00 | McCARTHY, BURGESS & WOLFF, INC., PO BOX 461210, Bedford OH 44146-7020 |
| 16817630 | + | EDI: NFCU.COM | Oct 06 2022 02:33:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield VA 22119-3000 |
| 16817632 | + | EDI: NFCU.COM | Oct 06 2022 02:33:00 | Navy Federal Cu, Attn: Bankruptcy, P.O. Box 3000, Merrifield VA 22119-3000 |
| 16817637 | + | EDI: RMSC.COM | Oct 06 2022 02:33:00 | Synchrony Bank/American Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 16817638 | + | EDI: RMSC.COM | Oct 06 2022 02:33:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16817631 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2022　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| STANLEY J KARTCHNER | trustee@aztrustee.com  skartchner@ecf.axosfs.com,michelle.duron@aztrustee.com,sunny.duron@aztrustee.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |
| WAYNE MORTENSEN | on behalf of Debtor JERRY CALLENDER mortensenlawcourt@gmail.com mortensenwr71047@notify.bestcase.com,mortlaw16@gmail.com |

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** JERRY CALLENDER<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–2412<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| **Debtor 2:** <br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: District of Arizona | Date case filed for chapter: 7  10/4/22 | |
| Case number: 4:22–bk–06676–BMW | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | JERRY CALLENDER | |
| 2. | **All other names used in the last 8 years** | dba GINGER'S PECULIAR, LLC | |
| 3. | **Address** | 3319 W. ALEXANDERWOOD DR.<br>TUCSON, AZ 85746 | |
| 4. | **Debtor's attorney**<br>Name and address | WAYNE MORTENSEN<br>MORTENSEN LAW OFFICES, PLLC<br>1901 E UNIVERSITY DR, STE. 360<br>Mesa, AZ 85203 | Contact phone 520–365–4546<br>Email: mortensenlawcourt@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | STANLEY J KARTCHNER<br>7090 N ORACLE RD #178–204<br>TUCSON, AZ 85704 | Contact phone 520–742–1210<br>Email: trustee@aztrustee.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page 1

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701–1704 | Office Hours:<br>8:30 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (520) 202–7500<br>Date: 10/5/22 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 28, 2022 at 09:30 AM**<br><br>**BY TELEPHONE**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: STANLEY J KARTCHNER<br>Call in number: 866–741–7662<br>Passcode: 2709295 |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/27/23** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br>Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(7)(A): **70 Days from Case Filed Date.** | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**