Wayne Mortensen (#18519)
MORTENSEN LAW OFFICES
1901 E. University Dr., Ste. 360
Mesa, AZ 85203
(520) 792-0000
Facsimile (520) 210-5507
mortensenlawcourt@gmail.com

Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JERRY CALLENDER<br>SS# ***-**-2412<br><br><br><br><br><br>_____Debtor._____ | ) In Proceedings Under<br>) Chapter Seven<br>)<br>) Case No.   4:22-bk-06676 BMW<br>)<br>) MOTION TO DELAY CLOSING OF<br>) DEBTOR'S CHAPTER SEVEN<br>) PROCEEDING BY THIRTY DAYS<br>)<br>) |

COME NOW the Debtor, JERRY CALLENDER, by and through counsel undersigned, do hereby request that the closing of the Debtor's Chapter 7 Proceeding be delayed by thirty days.

Debtor's case has already been discharged, however Debtor wants to file a judgment lien removal. Therefore, Debtor requests that the case not be closed for at least 30 days to allow for the filing of the judgment lien removal.

WHEREFORE, based on the foregoing, Debtor's counsel respectfully asks this Court to enter its Order delaying the Closing of Debtor's case by thirty days.

DATED this  13th  day of    February  , 2023.

MORTENSEN LAW OFFICES


 /s/ Wayne Mortensen (#18519)
Wayne Mortensen
Attorney for Debtor

Copy of the foregoing sent electronically this __13th__ day of February, 2023 to:

Stanley Kartchner, Trustee
trustee@aztrustee.com


 /s/ Michelle Flynn