Wayne B. Mortensen (#18519)
MORTENSEN LAW OFFICES
1901 E. University Dr., Ste. 360
Mesa, Arizona 85203
(520) 792-0000
Fax (520) 210-5507
mortensenlawcourt@gmail.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceedings Under Chapter Seven |
| JERRY CALLENDER, | |
| Debtor. | Case No. 4:22-bk-06676 BMW |
| JERRY CALLENDER | MOTION TO AVOID JUDGMENT LIEN |
| Movant. | Contested Matter |
| vs. | |
| RAME FAMILY, LLC | |
| Respondent. | |

1. The Respondent, RAME FAMILY, LLC, filed a Judicial Lien with the County Recorder of Pima County, on September 20, 2021, sequence number 20212631042 (no docket number or page number listed).

2. The Judgment was originally entered on September 7, 2021, in the Pima County Superior Court, in favor of the Respondent and against the Movant known as C2021-0622.

3. Movant filed a Chapter 7 Bankruptcy on October 4, 2022.

4. Said judgment was for an unsecured debt in the approximate amount of $22,398.12, plus any additional costs and attorney fees.

5. RAME FAMILY, LLC's lien will impair exemptions to which the Debtor is entitled, under 11 U.S.C. Section 522 (f)(1), if not avoided.

5. As stated on Debtor's Schedule A, Debtor believes the fair market value of the real property to be $225,000.00.

6. Pursuant to A.R.S. §33-1101(A), the Debtor is entitled to an exemption in the real property in the amount of $250,000.00.

7. Section 522(f)(2)(A) of the Bankruptcy Code states that "a lien shall be considered to impair an exemption to the extend that the sum of -":

    (i) the lien;

    (ii) all other liens on the property; and

    (iii) the amount of the exemption that the debtor could claim if there were no liens on the property; exceeds the value that the debtor's interest in the property would have in the absence of any liens.

8. Debtor therefore submits:

| | |
|---|---|
| exemption claimed by Debtor as per Schedule C: | $250,000.00 |
| amount of consensual lien(s): | $109,061.15 |
| the amount of Judicial/Judgment Lien: | $ 22,398.12 |
| Total: | $381,459.27 |
| Value of the property as per Debtor's Schedule A: | $225,000.00 |
| Extent of impairment: | $156,459.27 |

As the extent of impairment of the exemption ($156,459.27) exceeds the entire value of RAME FAMILY, LLC's lien ($22,398.12), the entire lien is avoidable.

6. Said lien is a Judicial Lien and avoidable under 11 U.S.C. Section 522(f)(1)(A), and shall apply to the homesteaded residence and any proceeds obtained from the sale of said properties.

    a) avoid the judgment lien entered on September 20, 2021;
    b) each party to bear their own fees and costs;
    c) for such other and further relief as this Court deems just and equitable.

DATED this 23rd day of February, 2023.

MORTENSEN LAW OFFICES

 /s/Wayne B. Mortensen
Wayne B. Mortensen (#18519)
Attorney for Debtor

Copies of the foregoing mailed
this 23rd day February, 2023 to:

Stanley Kartchner
7090 N. Oracle Rd., #178-204
Tucson, AZ 85704
Trustee

Rame Family, LLC
c/o Alan Solot
2701 E. Speedway Blvd., Ste 203
Tucson, AZ 85716
Respondent

Alan R. Solot
2701 E. Speedway Blvd., Ste 203
Tucson, AZ 85716
Attorney for Respondent

Alan R. Solot
2701 E. Speedway Blvd., Ste 203
Tucson, AZ 85716
Statutory Agent

Michael Saul Solot
2050 E. 6th St.
Tucson, AZ 85719
Manager

 /s/ Michelle Flynn