Wayne B. Mortensen (#18519)
MORTENSEN LAW OFFICES
1901 E. University Dr., Ste. 360
Mesa, Arizona 85203
(520) 792-0000
Fax (520) 210-5507
mortensenlawcourt@gmail.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>JERRY CALLENDER,<br><br>          Debtor.<br>_____<br>JERRY CALLENDER<br><br>          Movant.<br>vs.<br><br>RAME FAMILY, LLC<br>          Respondent. | In Proceedings Under<br>Chapter Seven<br><br>Case No. 4:22-bk-06676 BMW<br><br>NOTICE OF MOTION<br>TO AVOID LIEN<br><br><br><br>Contested Matter |

      NOTICE IS HEREBY GIVEN that the above-captioned Debtor has filed a MOTION TO AVOID LIEN.

      FURTHER NOTICE IS GIVEN that an affected lienholder, pursuant to Local Bankruptcy Rule 4003, shall have 14 (Fourteen) days after the date of the service of the Motion and this Notice within which to object by filing with the Court a response requesting a hearing and to serve a copy of any such response upon the Debtor's attorney whose address is: MORTENSEN LAW OFFICES, 1901 E. University Dr., Suite 360, Mesa, AZ 85203, and to serve a copy of the response upon any other affected lienholder named in the Debtor's Motion.

      DATED  __02-23-23__

                                                          MORTENSEN LAW OFFICES

                                                          __/s/ Wayne B. Mortensen__
                                                          Wayne B. Mortensen (#18519)
                                                          Attorney for Debtor