Wayne B. Mortensen (#18519)
MORTENSEN LAW OFFICES
1901 E. University Dr., Ste. 360
Mesa, Arizona 85203
(520) 792-0000
Fax (520) 210-5507
mortensenlawcourt@gmail.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re )<br>)<br>JERRY CALLENDER, )<br>)<br>        Debtor. )<br>_____)<br>JERRY CALLENDER )<br>)<br>        Movant. )<br>vs. )<br>)<br>RAME FAMILY, LLC )<br>        Respondent. )<br>_____) | In Proceedings Under<br>Chapter Seven<br><br>Case No. 4:22-bk-06676 BMW<br><br><br><br>CERTIFICATE OF MAILING |

    Wayne B. Mortensen, hereby certifies:

        He is and at all time mentioned herein was, a citizen of the United States, over the age of 21 years, and a resident of the County of Pima, State of Arizona; he is not a party in the above-entitled proceedings; on the __23rd__ day of __February__, 2023, He caused to be deposited in the United States Mail at Phoenix, Arizona, in a sealed envelope with postage thereon prepaid, a copy of the MOTION TO AVOID LIEN, NOTICE OF MOTION TO AVOID LIEN and proposed ORDER to the following named individuals at the addresses set forth after their names:


Stanley Kartchner
7090 N. Oracle Rd., #178-204
Tucson, AZ 85704
Trustee

Rame Family, LLC
c/o Alan Solot
2701 E. Speedway Blvd., Ste 203
Tucson, AZ 85716
Respondent

Alan R. Solot
2701 E. Speedway Blvd., Ste 203
Tucson, AZ 85716
Attorney for Respondent

Alan R. Solot
2701 E. Speedway Blvd., Ste 203
Tucson, AZ 85716
Statutory Agent

Michael Saul Solot
2050 E. 6th St.
Tucson, AZ 85719
Manager

    DATED this 23rd day of February, 2023

                        MORTENSEN LAW OFFICES

                        /s/ Wayne B. Mortensen (#18519)
                        Wayne B. Mortensen
                        Attorney for Debtor